UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                      CASE NO.:  10-33757-BKC-LMI
                                                            Chapter 7
JULIO HANONO
SSN: XXX-XX-2170

       Debtor(s).
_____/

**TRUSTEE, JOEL L. TABAS' (1) OBJECTION TO DEBTOR'S
SCHEDULED VALUATION AND CLAIMED EXEMPTION OF
SCHEDULED PROPERTY AND (2) MOTION TO COMPEL
DEBTOR TO TURNOVER PROPERTY OF THE ESTATE**

      Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Julio Hanono (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 522, 541 and 542 and Federal Rule of Bankruptcy Procedure 4003 files this (1) Objection to Debtor's Scheduled Valuation and Claimed Exemption of Scheduled Property (the "Objection"), and (2) Motion to Compel Debtor to Turnover Property of the Estate (the "Motion") and in support thereof, states as follows:

      1.    This case commenced as a Chapter 7 proceeding on August 12, 2010 (the "Petition Date").  Joel L. Tabas is the duly appointed Chapter 7 Trustee.

      2.    The § 341 Meeting of Creditors was scheduled and held on September 22, 2010.

      3.    Accordingly, the last day for the Trustee to object to the Debtor's claimed exemptions is October 22, 2010.

      4.    Trustee objects to the scheduled valuation and claimed exemption of all property, other than homestead property, claimed as exempt by the Debtor to the extent that the actual Petition Date fair market value of said property, when combined with the Debtor's other non-exempt assets, causes the Debtor to exceed the available $1,000.00

CASE NO.: 10-33757-BKC-LMI

per person personal property exemption, and the $1,000.00 per person vehicle exemption under Florida law, or to the extent that any claimed exempt property was converted from non-exempt assets in derogation of Fla. Stat. 222.29 and 222.30, and any other applicable law.

5.  The Debtor(s) are in possession of the following personal property: (a) Cash; (b) Household goods including "Living Room Set with Couches and End Table; Queen Size Bedroom Set with Linens; Misc. Kitchen Appliances including Microwave and Toaster; Sony 30' Television; stereo system"; (c) "Car magazine collection"; (d) Clothing; (e) Casio G-Shock watch;  (f) Mountain bike;  (g) Dell Notebook with Hewlett Packard Printer; (h) "TransAtlantic Bank, NA Checking Acct No. ****1706"; and (i) a "2003 Harley Davidson Road/Street Fat Boy" (the "Motorcycle") (collectively, the "Schedule Personal Property.")

6.  Additionally, the Estate has an interest in the Debtor's 2010 Federal Income Tax Refund (the "Refund").  Collectively, the Scheduled Personal Property and the Refund are referred to as the "Property."

7.  The Trustee either (a) does not have sufficient documentation or information to substantiate the value of the Property and the claimed exemptions thereon or (b) possesses documents and information which refute the valuation and claimed exemptions of the Property.

8.  The non-exempt portion of the Property is property of the Estate pursuant to 11 U.S.C. §541 and subject to turnover pursuant to 11 U.S.C. §542.

9.  Accordingly, the Trustee requests entry of an order compelling the Debtor(s) to either (a) enter into a stipulation with the Trustee for the immediate repurchase of the Property or (b) turnover the Property to the Trustee.

CASE NO.:  10-33757-BKC-LMI

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Julio Hanono respectfully requests this Honorable Court enter an Order (1) sustaining the instant Objection, (2) directing the Debtor to either (a) enter into a stipulation with the Trustee for the immediate repurchase the Property or (b) turn over the Property to the Trustee within 10 days, and (3) granting such other and further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 22, 2010, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

JULIO HANONO
10290 NW 9TH STREET CIRCLE #311
MIAMI, FL  33172

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
E-mail: jtabas@tabasfreedman.com